# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 2, 2014

### NO. 03-11-00661-CV

**Ronnie Lee Natho, Sr., Appellant**

**v.**

**Rosie May Shelton, Appellee**

**APPEAL FROM 424TH DISTRICT COURT OF LLANO COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED IN PART; REFORMED IN PART AND, AS REFORMED, AFFIRMED;
REVERSED AND RENDERED IN PART -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the district court on September 8, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. Therefore, the Court reverses in part the district court's judgment awarding appellee attorney's fees and a constructive trust on Natho's homestead and render that appellee take nothing on those claims. We reform the actual damages portion of the judgment of the district court to award appellee $33,096.11 in actual damages instead of the original $87,296.00 awarded and, as so reformed, affirm its judgment on that claim; and affirm the district court's judgment in all other respects. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.